IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: August 11, 2008 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Lisa Pence | |

Criminal Action No. 06-cr-00431-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,  Mark Barrett

    Plaintiff,

v.

17.  CHRISTINA FERNANDEZ-MOLINA,  Kerry Hada

    Defendant.

---

### SENTENCING MINUTES
---

**8:45 a.m.**   **Court in session**.

Hearing continued from July 28, 2008.

Defendant present in custody.

The Court addresses the previous hearing and at what point the hearing was continued.

Hearing continues at defendant's request for a variant sentence.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by Mr. Hada. The Government objects.

Allocution. - Statements made by: The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:**   Defendant's Motion to Reduce Sentence (**Doc. #921**) is **DENIED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:25 a.m.** **Court in recess.**

Total Time: 40 minutes.
Hearing concluded.